# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>Defendant. | Case No. 16-CR-20810-04<br><br>Honorable George Caram Steeh |

**ORDER APPROVING THE EXTENSION OF THE INITIAL
90-DAY DEADLINE FOR PROPOSING PROCEDURES FOR
CARRYING OUT THE DUTIES OF THE SPECIAL MASTER**

Upon the application of Eric D. Green in his capacity as the Special Master, pursuant to the *Order Appointing Eric D. Green as Special Master*, entered July 31, 2017 [ECF No. 40] (the "Appointment Order"), requesting an extension for an additional 60 days of the initial 90-day deadline for proposing appropriate procedures necessary to carry out the Special Master's duties set forth in ¶ 3 of the Appointment Order and ¶ 7 of the *Restitution Order*, dated Feb. 27, 2017 [ECF No. 24]; and the Court having reviewed the application and found the request reasonable and appropriate;

**IT IS HEREBY ORDERED** that:

1. The deadline for proposing appropriate procedures necessary to carry out the Special Master's duties shall be extended 60 days from October 29, 2017 to December 29, 2017.

1

2. This Court retains jurisdiction over all matters covered by, or related to, this Order.

**SO ORDERED.**

Dated: October 27, 2017

<u>s/George Caram Steeh</u>
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE