**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>　　　　Defendant. | Case No. 16-CR-20810-04<br><br>Honorable George Caram Steeh |

**STANDING ORDER APPROVING
PAYMENT OF INDIVIDUAL RESTITUTION TRUST
FUND TAX LIABILITIES AND TAX ESTIMATES**

Upon the request of Eric D. Green in his capacity as Special Master for the entry of a standing order to pay the tax liabilities and tax estimates of the Individual Restitution Trust Fund:

**IT IS HEREBY ORDERED** that:

1. The Special Master's request for a standing order approving his payment of Individual Restitution Trust Fund tax liabilities and tax estimates is hereby approved.

2. The Special Master shall have the authority to pay any tax liability or tax estimate, including taxes on the 2017 accrued income, the estimated first quarter 2018 accrued income, and any future accrued income of the Individual Restitution Trust Fund.

3. This Order shall apply to all future tax liabilities that arise from the income earned by the Individual Restitution Trust Fund, and the Special Master will not be required to seek Court approval for the payment of future tax liabilities or estimates.

4. This Court retains jurisdiction over all matters covered by, or related to, this Order.

So ordered.

Dated: April 13, 2018

            s/George Caram Steeh
            GEORGE CARAM STEEH
            UNITED STATES DISTRICT JUDGE