**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>　　　　Defendant. | )<br>)<br>) Case No. 16-CR-20810-04<br>)<br>) Honorable George Caram Steeh<br>)<br>)<br>) |

## ORDER GRANTING SPECIAL MASTER'S REQUEST FOR APPROVAL OF PAYMENT PROCEDURES FOR REMAINING OEMS

Upon the request of Eric D. Green in his capacity as Special Master, with the consent of Takata Corporation ("Takata") and the Department of Justice, for approval of the payment procedures for Restitution Awards previously approved by the Court in the *Order Granting Special Master's Request for Approval of (1) Allocation and Distribution of OEM Restitution Fund; and (2) Alternative Procedures for Distributions in Respect of the OEM Restitution Obligations of Takata Corporation* (Doc. 81) (the "April 3 Order") to certain automobile manufacturers ("OEMs") who purchased PSAN inflators from Takata and/or its affiliates and subsidiaries and who were not part of the OEM group that consented to the payment procedures previously approved by this Court in the April 3 Order and the *Order Granting Special Master's Request for Approval of Revised Payment Procedures for Certain Consenting OEMs in Respect of the OEM*

*Restitution Obligations of Takata Corporation* (Doc. 84) (the "<u>Remaining OEMs</u>");

**IT IS HEREBY ORDERED** that:

1. The Special Master's Request for Approval of Payment Procedures for Remaining OEMs (Doc. 89) is hereby approved.

2. The allocable portion of the $850 million in restitution which the Court approved to be paid to each of the Remaining OEMs in the April 3, 2018 Order shall be paid to the Remaining OEMs who sign the Distribution and Release Agreement[1] and provide the Special Master with a mailing address, which the Special Master determines, in his discretion, to be accurate.

3. The distribution of the Remaining OEM's allocable share of the OEM Restitution Amount fully satisfies the Special Master's obligations under the Court's prior orders in this action with regard to the $850 million OEM Restitution Amount. For the avoidance of doubt, upon the Special Master's delivery to Federal Express of the Remaining OEM's OEM Restitution Amount, the Special Master's and his agent's responsibilities and obligations in connection with the payment of the OEM Restitution Amount allocated to such OEM shall be discharged in full,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Special Master's Request for Approval of Payment Procedures for Remaining OEMs* (Doc. _____).

and the Special Master and his agents and professionals shall be released from any liability, claim or loss to such OEM.

4. This Court retains jurisdiction over all matters covered by, or related to, this Order.

So ordered.

Dated: April 30, 2018

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE