# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>    Defendant. | )<br>)<br>) Case No. 16-CR-20810-04<br>)<br>) Honorable George Caram Steeh<br>)<br>)<br>) |

## ORDER APPROVING
## SPECIAL MASTER'S REQUEST FOR
## APPROVAL OF FINAL NOTICE TO REMAINING OEMS
## AND DISTRIBUTION OF UNCLAIMED FUNDS IN THE OEM
## RESTITUTION FUND TO THE INDIVIDUAL RESTITUTION FUND

Upon the request of Eric D. Green, in his capacity as Special Master, with the consent of the Department of Justice, for approval of (i) the proposed procedures to provide final notice to the five Remaining OEMs[1] regarding the remaining funds available in the OEM Restitution Fund and (ii) after a fourteen day notice period to such Remaining OEMs, the transfer of any funds remaining in the OEM Restitution Fund to the Individual Restitution Fund for the benefit of and distribution to individual victims:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Special Master's Request for Approval of Final Notice to Remaining OEMs and Distribution of Unclaimed Funds in the OEM Restitution Fund to the Individual Restitution Fund* (Doc. 98).

**IT IS HEREBY ORDERED** that:

1. The *Special Master's Request for Approval of Final Notice to Remaining OEMs and Distribution of Unclaimed Funds in the OEM Restitution Fund to the Individual Restitution Fund* (Doc. 98) is hereby approved.

2. The Special Master is hereby authorized to provide final notice to the five Remaining OEMs that have not claimed their allocable share of the $850 million OEM Restitution Fund. Such notice shall inform each Remaining OEM that it has fourteen days to claim its Court-approved allocable share of the $850 million OEM Restitution Fund.

3. If a Remaining OEM does not respond to the Special Master's communications within fourteen days, the Special Master is authorized to irrevocably transfer that Remaining OEM's allocable share of the OEM Restitution Fund to the Individual Restitution Fund, for the benefit of individuals who have suffered personal injury or wrongful death as a result of a Takata PSAN airbag inflator malfunction.

4. Any objections to the Special Master's request are hereby overruled.

5. This Court retains jurisdiction over all matters covered by, or related to, this Order.

So ordered.

Dated: August 28, 2018

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE