# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>Defendant. | Case No. 16-CR-20810-04<br><br>Honorable George Caram Steeh |

**ORDER GRANTING SPECIAL MASTER'S REQUEST TO AMEND THE ORDER APPOINTING ERID D. GREEN AS SPECIAL MASTER**

Upon the request of Eric D. Green, as Special Master of the Takata Restitution Funds, for this Court's amendment to the *Order Appointing Eric D. Green as Special Master* [Doc. 40], pursuant to paragraph 15 therein, in accordance with the proposed amendment (the "Proposed Amendment") attached hereto as Exhibit A:

**IT IS HEREBY ORDERED** that:

1. The amendment to the *Order Appointing Eric D. Green as Special Master*, reflected in Exhibit A is hereby approved.

2. Consistent with the aforementioned amendment, the amendment to the definition of "Permitted Investments" in the Trust Agreement of Takata Corporation Restitution Fund Trust, dated September 18, 2017, as reflected in Exhibit A, is hereby approved.

3. This Court retains jurisdiction over all matters covered by, or related to, this Order.

IT IS SO ORDERED.

Dated: October 31, 2019

**s/George Caram Steeh**
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE
