# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) Case No. 16-CR-20810-04 |
|  | ) |
| v. | ) Honorable George Caram Steeh |
|  | ) |
| TAKATA CORPORATION, | ) |
| Defendant. | ) |

## ORDER GRANTING SPECIAL MASTER'S REQUEST FOR APPROVAL OF FIFTH  DISTRIBUTION OF INDIVIDUAL RESTITUTION FUND  [ECF No. 130]

Upon the request of Eric D. Green in his capacity as Special Master for approval of the fourth distribution of the Individual Restitution Fund:[1]

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.    The Court APPROVES the Special Master's determinations and recommendations regarding the Claimants listed in Exhibit A to the Distribution Request.  The Special Master shall distribute the amount of $243,209.25 to the Claimants listed in Exhibit A.

2.    All objections submitted in connection with this Request are OVERRULED.

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the *Special Master's Request for Approval of First Distribution of Individual Restitution Fund* (the "Distribution Request").

3.    The Court APPROVES the Special Master's determination that the claims of the Claimants set forth in Exhibit B are ineligible for compensation from the Individual Restitution Fund.

4.    The Court APPROVES conditioning payment from the IRF to individuals represented by counsel on execution of a rider by counsel acknowledging and agreeing to abide by the restriction on attorney's fees set forth in the IRF Methodology Order.

5.    The Court DIRECTS that Distributions shall be made in accordance with the procedures set forth in the Revised IRF Methodology.

6.    This Court retains jurisdiction over all matters covered by, or related to, this Order.

So ordered.

Dated:  October 28, 2020

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|   | Claim No. | Points Awarded | Monetary Award[1] |
|---|---|---|---|
| 1 | 86 | 275 | $19,527.75 |
| 2 | 140 | 275 | $19,527.75 |
| 3 | 198 | 1,000 | $71,010.00 |
| 4 | 206 | 525 | $37,280.25 |
| 5 | 207 | 500 | $35,505.00 |
| 6 | 10000840 | 750 | $53,257.50 |
| 7 | 10000876 | 100 | $7,101.00 |
|   | **Total** | **3,425** | **$243,209.25** |

# **EXHIBIT B**

|   | Claim No. | Ineligibility Reason |
|---|-----------|----------------------|
| 1 | 10001039 | Non-Deployment |
| 2 | 10000587 | Ineligible Takata PSAN Inflator |
| 3 | 10000628 | Ineligible Takata PSAN Inflator |
| 4 | 10000846 | Ineligible Takata PSAN Inflator |
| 5 | 10000853 | Ineligible Takata PSAN Inflator |
| 6 | 10000856 | Ineligible Takata PSAN Inflator |
| 7 | 10000873 | Ineligible Takata PSAN Inflator |
| 8 | 10000889 | Ineligible Takata PSAN Inflator |
| 9 | 10001072 | Ineligible Takata PSAN Inflator |