UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff<br><br>v.<br><br>TAKATA CORPORATION,<br>  Defendant. | Case No. 16-CR-20810-04<br><br>Honorable George Caram Steeh |

## ORDER AMENDING RESTITUTION ORDER

Upon the request of Eric D. Green in his capacity as Special Master and with the consent of the Department of Justice, for amendment of the *Restitution Order* [Docket No. 24];

**IT IS HEREBY ORDERED** that:

1. Paragraph 4 of the *Restitution Order* shall be amended to provide as follows:

> The restitution of $125,000,000 allocated for the aforementioned individuals shall be paid by the defendant within thirty days of entry of the plea in this case. Upon the later of (a) eleven years after entry of the plea in this case (the time currently estimated by defendant for the recall of its defective products to be completed), or (b) the date upon which such recall is complete, any funds remaining of the $125,000,000 in restitution monies provided for in this paragraph shall be paid to the United States. However, upon reaching either date, the Special Master may request a reasonable extension in light of unresolved or anticipated claims, as circumstances warrant.

2

     2.     Nothing in this Order shall in any way modify or amend any portion of the *Restitution Order* other than Paragraph 4.

     3.     This Court retains jurisdiction over all matters covered by, or related to, this Order.

So ordered.

Dated: January 10, 2025

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE