UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>TAKATA CORPORATION,<br><br>　　　Defendant. | Case No. 16-cr-20810-04<br><br>Honorable Robert J. White |

**ORDER GRANTING SPECIAL MASTER'S REQUEST FOR APPROVAL OF THIRTY-SIXTH DISTRIBUTION OF INDIVIDUAL RESTITUTION FUND**

Upon the request of Eric D. Green in his capacity as Special Master for approval of the thirty-sixth distribution of the Individual Restitution Fund:[1]

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.　The Court APPROVES the Special Master's determinations and recommendations regarding the Claimants listed in Exhibit A to the Distribution Request.  The Special Master shall distribute the amount of $2,429,490.00 to the Claimants listed on Exhibit A.

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the *Special Master's Request for Approval of First Distribution of Individual Restitution Fund* (the "Distribution Request").

1

2.      The Court APPROVES the Special Master's determination that the claims of the Claimants set forth in Exhibit B are ineligible for compensation from the Individual Restitution Fund.

3.      The Court APPROVES conditioning payment from the IRF to individuals represented by counsel on execution of a rider by counsel acknowledging and agreeing to abide by the restriction on attorney's fees set forth in the IRF Methodology Order.

4.      The Court DIRECTS that Distributions shall be made in accordance with the procedures set forth in the Revised IRF Methodology.

5.      This Court retains jurisdiction over all matters covered by, or related to, this Order.

SO ORDERED.


Dated: June 5, 2026                          s/Robert J. White
                                             Robert J. White
                                             United States District Judge

**EXHIBIT A**

|  | Claim No. | Points Awarded | Point Value | Monetary Award |
|---|---|---|---|---|
| 1 | 394 | 100 | $230.00 | $23,000.00 |
| 2 | 407 | 500 | $230.00 | $115,000.00 |
| 3 | 421 | 500 | $230.00 | $115,000.00 |
| 4 | 424 | 2,400 | $230.00 | $552,000.00 |
| 5 | 452 | 500 | $230.00 | $115,000.00 |
| 6 | 10001640 | 1,750 | $230.00 | $402,500.00 |
| 7 | 10001709 | 1,250 | $230.00 | $287,500.00 |
| 8 | 10001717 | 350 | $230.00 | $80,500.00 |
| 9 | 416 | 500 | $230.00 | $115,000.00 |
| 10 | 441 | 2,363 | $230.00 | $543,490.00 |
| 11 | 462 | 350 | $230.00 | $80,500.00 |
|  | **Total Points** | **10,563** | **Total Award** | **$2,429,490.00** |

2

**EXHIBIT B**

1

|  | Claim No. | Ineligibility Reason |
|---|---|---|
| 1 | 10001705 | Ineligible Takata PSAN Inflator |
| 2 | 10001731 | Non-Deployment |
| 3 | 10001728 | Non-Deployment |